IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ATTARD INDUSTRIES, INC.,    )
                            )
        Plaintiff,           )
                            )
    v.                      )    No. 1:10cv121 (AJT/TRJ)
                            )
UNITED STATES FIRE INSURANCE CO. )
                            )
        Defendant.          )
_____)

### Order

This matter came before the Court on May 7, 2010 on the United States Fire Insurance Co.'s Motion to Dismiss Attard Industries, Inc.'s Complaint (Doc. No. 11). Upon consideration of motion, the opposition thereto, and the arguments of counsel, and for reasons stated in open court and the accompanying Memorandum Opinion, it is hereby

ORDERED that the United States Fire Insurance Co.'s Motion to Dismiss Attard Industries, Inc.'s Complaint (Doc. No. 11) be, and the same hereby is, DENIED.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
May 10, 2010