IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ATTARD INDUSTRIES, INC.,          )
                                  )
            Plaintiff,            )
                                  )
      v.                          )      No. 1:10cv121 (AJT/TRJ)
                                  )
UNITED STATES FIRE INSURANCE CO.  )
                                  )
            Defendant.            )
_____)

## ORDER

Upon consideration of Defendant United States Fire Insurance Company's

Objections to the Court's Order Denying USFIC's Motion to Strike Attard Industries,

Inc.'s Demand for a Jury Trial (Doc. No. 52), the opposition thereto, the arguments of

counsel during the hearing held on July 16, 2010, and for reasons stated in the

accompanying Memorandum Opinion, it is hereby

ORDERED that Defendant United States Fire Insurance Company's Objections to

the Court's Order Denying USFIC's Motion to Strike Attard Industries, Inc.'s Demand

for a Jury Trial (Doc. No. 52) be, and the same hereby are, OVERRULLED.

The Clerk is directed to forward copies of this Order to all counsel of record.

_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
August 5, 2010